UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENA GRIFFITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC.,<br><br>　　　　　Defendant. | CASE NO. 2:22-cv-00783-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) On July 22, 2022, Defendant Amazon.com, Inc., filed a motion to extend initial scheduling dates, proposing that the parties meet and confer to either (a) submit a proposed scheduling order with new initial scheduling dates or (b) seek the Court's assistance if the parties cannot agree to a new initial scheduling order within twenty-one (21) days of the Court's ruling on several pending motions. Dkt. No. 39. In the case that Defendant seeks to consolidate with this one (*Pecznick v. Amazon.com, Inc.*,

MINUTE ORDER - 1

2:22-cv-00743-TL), the parties stipulated to extend initial scheduling dates within twenty-one (21) days of entry of the Court's order on consolidation and on a motion to stay or dismiss the instant case. *See* Dkt. No. 38.

(2) Therefore, the Court ORDERS the following schedule for the *Griffith* parties to provide a proposed scheduling order with new initial scheduling dates:

(a) In the event the Court grants consolidation of the *Griffith* and *Pecznick* cases, the deadlines already set in *Pecznick* shall apply to the consolidated cases; and

(b) In the event the Court denies consolidation of the cases, the parties shall file a proposed scheduling order with new initial scheduling dates within **seven (7) days** of the Court's Order.

Dated this 3rd day of August 2022.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk