UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENA GRIFFITH,<br><br>                Plaintiff,<br><br>         v.<br><br>AMAZON.COM, INC.,<br><br>                Defendant. | CASE NO. 2:22-cv-00783-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) The Clerk of Court is INSTRUCTED to administratively terminate this case in light of its consolidation with Case No. 2:22-cv-00743-TL, without prejudice to the right of the parties to re-open the proceedings.

MINUTE ORDER - 1

Dated this 28th day of September 2022.

Ravi Subramanian  
Clerk of the Court

s/ Kadya Peter  
Deputy Clerk

MINUTE ORDER - 2